**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEO SALEHI, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:19-CV-0840-B |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

**JOINT DESIGNATION OF MEDIATOR**

Pursuant to the Scheduling Order entered by the Court on April 26, 2019 (Doc. 12), Plaintiff Leo Salehi and Defendant Liberty Life Assurance Company of Boston submit this Joint Designation of Mediator.

The Parties hereby designate by agreement to have the following individual serve as mediator in the above-styled action so long as the parties reach a good faith determination that mediation is likely to be beneficial in resolving this matter:

Jeff Jury
Burns Anderson Jury & Brenner, L.L.P.
4807 Spicewood Springs Road
Building 4, Suite 100
Austin, Texas 78759

Dated this 1st day of June, 2019.

Respectfully submitted,

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF

AND

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

June 1, 2019 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers