IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEO SALEHI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-cv-00840-B |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S EXPERT DESIGNATION

Plaintiff Leo Salehi designates the following expert witnesses pursuant to the Court's Scheduling Order dated April 26, 2019.

1. Dr. Jason Butler/Dr. Mark Dirnberger/Hermine Ariyibi
   2001 SE Green Oaks Blvd., Ste. 130
   Arlington, Texas 76018
   (817) 419-9582

Dr. Butler, Dr. Mark Dirnberger and Ms. Ariyibi are expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

2. Dr. Nasiq Zaidi
   800 W. Arbrook Blvd., Ste. 100
   Arlington, Texas 76018
   (817) 200-6680

Dr. Nasiq Zaidi is expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

3. Cheryl Moises
1800 E. Debbie Lane
Mansfield, Texas 76063
(817) 723-9309

Cheryl Moises is expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

4. Dr. Danny Le
851 Highway 287 N.
Mansfield, Texas 76063
(817) 842-2500

Dr. Danny Le is expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

5. Dr. Michael Sims
4116 S. Carrier Pkwy., Ste. 250
Grand Prairie, Texas 75052
(972) 263-5272

Dr. Michael Sims is expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

6. Dr. Cameron Atkinson
800 Orthopedic Way
Arlington, Texas 76015
(817) 375-5200

Dr. Cameron Atkinson is expected to present testimony concerning Plaintiff's medical condition, including facts from medical records of Plaintiff supporting a determination of disability.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
(214) 379-0823
(214) 379-0840 (telecopy)

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served through the Court's electronic filing system upon Defendant's counsel of record this 14th day of June, 2019 as follows:

Iwana Rademaekers
iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.