LexisNexis®

Print Close Window

# Iwana Rademaekers - Lawyer Profile

Update this Profile

Iwana Rademaekers
*Member*

**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Rd., Ste. 550
Dallas, Texas
(Collin, Dallas & Denton Cos.)

**Profile Visibility**
**#1,706** in weekly profile views out of 16,066 lawyers in **Dallas, Texas**
**#208,957** in weekly profile views out of 1,495,221 total lawyers **Overall**

**Experience & Credentials** | Client/Peer Review Ratings™

| | |
|---|---|
| **Practice Areas** | Employee Benefits Counseling and Litigation; Benefits Litigation; General Employment Litigation |
| **University** | McMurry University, B.B.A. |
| **Law School** | University of Texas at Austin, J.D. |
| **Admitted** | 1988 |
| **ISLN** | 904255209 |

View Client/Peer Review Ratings

*Source: Martindale-Hubbell*

Print Close Window

LexisNexis®

Print Close Window

# Iwana Rademaekers - Lawyer Profile

**Iwana Rademaekers**
*Member*

Law Offices of Iwana Rademaekers, P.C.
14785 Preston Rd., Ste. 550
Dallas
(Collin, Dallas & Denton Cos.)

**Profile Visibility**
**#1,706** in weekly profile views out of 16,066 lawyers in **Dallas**
**#208,957** in weekly profile views out of 1,495,221 total lawyers **Overall**

Experience & Credentials | **Client / Peer Review Ratings™**

Ratings Methodology

**Peer Rating**

## Overall Peer Rating

**5.0** out of 5.0

## No feedback is available.

The individuals that have reviewed this lawyer have not provided any additional feedback.

View Experience & Credentials

**Disclaimer:** No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers. The testimonial or endorsement does not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter. Any result that the endorsed lawyer or law firm may achieve on behalf of one client in one matter does not necessarily indicate that similar results can be obtained for other clients. Past success cannot be an assurance of future success because each case must be decided on its own merits. Prior results do not guarantee a similar outcome. Martindale-Hubbell® does not undertake to develop a Client Review Rating or Peer Review Rating for all firms and/or

lawyers. Therefore, the fact that a firm or lawyer has not been reviewed should not be construed as unfavorable. Martindale-Hubbell accepts no responsibility for and will not be liable for the content and accuracy of the individual Reviews and the aggregated Reviews.

*Source: Martindale-Hubbell*

Print Close Window