**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEO SALEHI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:19-CV-0840-B** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER TO SHOW CAUSE**

After reviewing the papers and pleadings on file, the Court notes that Plaintiff and Defendant were required to mediate this case on or before July 15, 2019. Doc. 14, Mediation Order. The parties have not shown that they have done so. Therefore, the Court **ORDERS** the following:

By **Monday, August 5, 2019**, both parties must **SHOW CAUSE**, in writing, why they have not yet attended mediation and/or filed an Alternative Dispute Resolution (ADR) Summary. Failure to show cause or file the appropriate documents may result in sanctions.

**SO ORDERED.**

**SIGNED: July 29, 2019.**

**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**