**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEO SALEHI, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:19-CV-0840-B |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff, Leo Salehi, and Defendant, Liberty Life Assurance Company of Boston, hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 29th day of July 2019.

Respectfully submitted,

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

ATTORNEYS FOR PLAINTIFF

\- AND -

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

July 29, 2019 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers